AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

**APPEARANCE**

Case Number: 04-30046-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ANTHONY MATOS

_arraignment only._

| | |
|---|---|
| Date: 9/22/04 | Signature: V.A. B[?] |
| | Print Name: V.A. BONGIORN[?] |
| | Address: 95 STATE |
| | City: SPFLD  State: MA  Zip Code: |
| | Phone Number: 732-0122 |