UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
              V.                  )    CRIMINAL NO. 04-30046-MAP
                                  )
ANTHONY MATOS                     )

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1.  <u>Eligibility of Case</u>.  This case is eligible for a detention order because it involves (check all that apply):

    _____ Crime of violence (18 U.S.C. Section 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10 plus years drug offense

    \_\_ X \_\_ Felony, with two prior convictions in above categories

    _____ Serious risk defendant will flee

    _____ Serious risk of obstruction of justice

2.  <u>Reason for Detention</u>.  The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    \_\_ X \_\_ Defendant's appearance as required

    \_\_ X \_\_ Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>.  The United States (will, will not) invoke the rebuttable presumption against defendant under Section 3142(e).  (If yes) The presumption applies because (check one or both):

_____ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of _1_ days (not more than 3)

5. <u>Witnesses</u>.  The United States intends to call the following witnesses:

The amount of time for direct examination of these witnesses is estimated to be:  one-half hour.

6. <u>Other Matters</u>.

_____

_____

_____

DATED this _23_ day of _September_ , 20 _04_ .

Assistant United States Attorney

2

03 — 24 — 91

MONTH · DAY · YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT,
SPECIFY: _ARREST REPORT_

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

SIR:

ABOUT 1⁵⁰ AM, ON THE ABOVE DATE, AT 10 STEARNS SQ (SIDE OF BAR, SH-BOOM'S), SGT. K. DEVINE, D. MAHONEY, F. DUQUETTE, AND I, ARRESTED A W/M (ANTHONY R. MATOS) OF 39 ACUSHNET AVE, CITY, D.O.B. 11/13/72, SS# 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 AND CHARGED HIM WITH: 1) ASSAULT B/M P/W (DRINKING GLASS) 2) ASSAULT B/M P/W (DRINKING GLASS)

ABOUT 1⁴⁰ AM, OFFICER DUQUETTE AND I, RESPONDED TO THE SIDE OF SH-BOOM'S BAR TO ASSIST OFFICERS D'AMATO AND GODROW WITH A DISTURBANCE. UPON ARRIVAL, WE SPOKE TO A ▓▓▓▓ ▓▓▓▓ OF ▓▓▓▓ (33 YRS, PHONE #) WHO WAS BLEEDING HEAVILY FROM THE LEFT SIDE OF HIS FACE AND

— (CON'T) —

| | | |
|---|---|---|
| POST NO. | REPORTED FOR DUTY 11:45 p M | |
| CAR NO. 55 | APPROVED | |
| DISTRICT NO. 02 | REPORTED OFF DUTY _GERALD FOLEY_ M | REPORTING OFFICER # |
| | _CAPTAIN_ | GEORGE T. FLANAGIN 334 |

RECORDS COPY

---

03 — 24 — 91

MONTH · DAY · YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT,
SPECIFY: _ARREST REPORT_      PAGE 2 OF 3

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

911 Reports made

## DETAILS OF REPORT

HEAD, MR. ▓▓▓▓ THEN POINTED TO A W/M, WEARING A YELLOW SHIRT W/SH-BOOM'S WRITTEN ON IT, AND STATED THAT HE WAS THE SUBJECT THAT HIT HIM ON THE HEAD WITH A DRINKING GLASS FROM THE BAR. (THIS SUBJECT I.D. AS MATOS).

A MR. ▓▓▓▓ OF ▓▓▓▓ NORWOOD, MA (34 YRS, PHONE # ▓▓▓▓) ALSO IDENTIFIED MATOS AS STRIKING MR. ▓▓▓▓ AND STATED PIECES OF THE GLASS HAD STRUCK HIM IN THE FACE ALSO.

SGT. K. DEVINE AND OFF. D. MAHONEY FROM THE DETECTIVE BUREAU ARRIVED AND WERE MET BY A MICHAEL ▓▓▓▓ OF ▓▓▓▓ 28 YRS OLD) WHO STATED HE ALSO

— CON'T —

| | | |
|---|---|---|
| POST NO. | REPORTED FOR DUTY 11:45 p M | — CON'T — |
| CAR NO. 55 | _GERALD FOLEY_ | |
| DISTRICT NO. 02 | REPORTED OFF DUTY _CAPTAIN_ M | REPORTING OFF |

RECORDS COPY

GOVERNMENT
EXHIBIT
1

# SPRINGFIELD POLICE DEPARTMENT

**02 - 04 - 91**
MONTH    DAY    YEAR

## GENERAL REPORT FORM

TYPE OF REPORT,
SPECIFY: *ARREST REPORT    PAGE 3 OF 3*

(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

*911 Reports made*

WITNESSED MATOS STRIKE MR. ████████ IN THE HEAD WITH A DRINKING GLASS AND GAVE THEM A WRITTEN STATEMENT PERTAINING TO THE INCIDENT.

— MATOS PLACED UNDER ARREST AND TRANSPORTED TO 130 PEARL ST

— MATOS IS AN EMPLOYEE OF SH-BOOM'S (BAR-PACKER) AND THE YELLOW SHIRT HE WAS WEARING WAS TAGGED # 105164.

— ASSISTED BY OFFICERS SANTANA AND REYES

— SPECIAL SUBMITTED TO THE CRIME PREVENTION BUREAU BY OFF. D'AMATO.

— MR. ████████ TRANSPORTED TO BAYSTATE E.R. VIA COMMONWEALTH AMB
CAPT. FOLEY NOTIFIED                    RESPECTFULLY SUBMITTED

| POST NO. | REPORTED FOR DUTY 11 45 p M |
|----------|------------------------------|
| CAR NO. 55 | |
| DISTRICT NO. 02 | REPORTED OFF DUTY          M |

REPORTING OFFICER # 354
GEORGE T. FLANAGAN

CR 77
100 M - 5174

RECORDS COPY



**Incident #: 9812311-OF**

Date/Time Reported: 07/22/1998 1030
Report Date/Time: 07/22/1998 1312
Occurred Between: 07/21/1998 1400-07/22/1998 1405
Status: Incident Open
Reporting Officer: OFFICER RONALD GOODROW
Detective: DB · (Name Not On File)
Approving Officer: SERGEANT HENRY GAGNON

Signature: _____

| SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|

MATOS, ANTHONY L           M   U   2030   NOT AVAIL   413-525-4021
1965 MEMORIAL DR
CHICOPEE MA

HEIGHT: 604   WEIGHT: 250     HAIR: BLACK   EYES: NOT AVAIL.
BODY: HEAVY          COMPLEXION: NOT AVAIL.
DOB: NOT AVAIL    PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NOT AVAIL.   ETHNICITY: UNKNOWN

_____ [APPEARANCE] _____

GLASSES WORN: NO

| OFFENSE(S) | A/C | STATE LAW | | |
|---|---|---|---|---|

LOCATION TYPE: Specialty Store
BUSINESS
227 BERKSHIRE AVE
SPRINGFIELD MA

**THREATENING TO COMMIT A CRIME**    C   275      2

| VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|

████████████    M   W   29  ████████████████
227 BERKSHIRE AVE
SPRINGFIELD MA 01101-0308
DOB: 02/18/1969
EMPLOYER: TIBBY'S MOTORCYCLE · 413-781-0785
INJURIES: None
ETHNICITY: Unknown
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1

ATION TO: MATOS ANTHONY
anger

GOVERNMENT
EXHIBIT
2

Springfield Police Department
NARRATIVE FOR OFFICER RONALD GOODROW

Ref: 9812311-OF

THE VICTIM REPORTS THAT ON 7-21-98 AT ABOUT 2:OOPM, HE RECEIVED A
HONE CALL FROM THE SUSPECT, ANTHONY MATOS. THE VICTIM WAS WORKING AT
IBBY'S AT 227 BERKSHIRE AVE., WHEN HE RECEIVED THE CALL. MATOS WAS VERY
NGRY CONCERNING A DISPUTE OVER HIS MOTORCYCLE BEING SERVICED AT TIBBY'S.
ATOS STATED TO THE VICTIM THAT HE BETTER GIVE HIM $200.00 FOR THE
ELEPHONE THAT HE SMASHED EARLIER FOR GETTING HIM MAD. MATOS ALSO TOLD THE
ICTIM THAT HE BETTER GET AN INSURANCE POLICY, BECAUSE THE SUSPECT WAS
OING DOWN TO TIBBY'S TO TEACH THE VICTIM A LESSON AND BREAK HIS LEGS.
    THE VICTIM DOES NOT WISH TO MAKE ACOMPLAINT OUT AT THIS TIME. HE DOES
ANT A REPORT ON FILE.



**Incident Report**

## Incident #: 99-21466-OF

|  |  |
|---|---|
| Date/Time Reported: | 12/10/1999 1130 |
| Report Date/Time: | 12/10/1999 1130 |
| Occurred On: | 12/03/1999 1230 |
| Status: | Incident Open |
| Reporting Officer: | SERGEANT THOMAS MELEADY |
| Assisting Officer: | OFFICER PATRICK TURNER |
| Approving Officer: | SERGEANT DAVID LOUDON |

Signature: _____

---

### SUSPECT(S)

| | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| MATOS, ANTHONY R | M | W | 27 | 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 | |

99 MEADOW ST
EAST LONGMEADOW MA

BODY: NOT AVAIL.
DOB: 11/13/1972
LICENSE NUMBER: NOT AVAIL.

COMPLEXION: NOT AVAIL.
PLACE OF BIRTH: NOT AVAIL.
ETHNICITY: NOT HISPANIC

**[APPEARANCE]**

GLASSES WORN: NO

---

### OFFENSE(S)

| | A/C | STATE LAW |
|---|---|---|

LOCATION TYPE: Parking Lot/Garage
PARKING LOT OF 10 ALLEN ST. KAKLEY HARDWARE S
10 ALLEN ST
SPRINGFIELD MA

| ASSAULT AND BATTERY | C | 265 | 13A |
|---|---|---|---|
| WEAPON/FORCED USED: Other | | | |

---

### VICTIM(S)

| | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| BERGDOLL, MICHAEL | M | | 34 | 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 | 413-596-995) |

10 BEECHWOOD DR.
WILBRAHAM MA 01025
DOB: 09/15/1965
EMPLOYER: SELF EMPLOYED · 413-221-0654
INJURIES: Apparent Minor Injury
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: MATOS ANTHONY          Acquaintance

---

### PERSON(S)

| | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| | WITNESS | M | W | 40 | | |

GOVERNMENT EXHIBIT 3

NARRATIVE FOR SERGEANT THOMAS MELEADY

Ref: 99-21466-OF

ictim reports that on 12-3-99 at about 12:30 p.m. while in the parking lot of the Kakley's Hardware
tore at 10 Allen st. he received a phone call from a known subject Anthony Matos who he has had
ast business dealing's with. Matos asked him to wait for him at that location to exchange some
aperwork. Victim waited and when Matos arrived he exited his vehicle and punched victim in the jaw
nd swung several more times at him missing, causing serious injury to his jaw and teeth. (jaw wired
nut while reporting). Victim then got in his vehicle and left the area. Victim was in the hospital and
eing treated by a doctor for injuries.



## Incident Report

**Incident #: 02-10910-OF**

|  |  |
|---|---|
| Date/Time Reported: | 06/07/2002 0120 |
| Report Date/Time: | 06/07/2002 0316 |
| Occurred Between: | 06/07/2002 0030-06/07/2002 0040 |
| Status: | Incident Open |
| Reporting Officer: | OFFICER MICHAEL DUMAS |
| Assisting Officer: | Officer NOLAN RYAN |
| Approving Officer: | SERGEANT KENNETH MURRAY |

Signature: _____

---

### SUSPECT(S)

| | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| MATOS, ANTHONY R | M | W | 29 | 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 | |

99 MEADOW RD
EAST LONGMEADOW MA 01028

HEIGHT: 602    WEIGHT:                     HAIR: BLACK       EYES: NOT AVAIL.
BODY: NOT AVAIL.                    COMPLEXION: NOT AVAIL.
DOB: 11/13/1972                 PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: MA S98008337            ETHNICITY: NOT HISPANIC

---

[APPEARANCE]

GLASSES WORN: NO

---

### OFFENSE(S)

**A/C   STATE LAW**

LOCATION TYPE:  Bar/Night Club          Zone: Sector E1 Metro/South End
INSIDE THE BAR "MARDI GRAS"
91 TAYLOR ST
SPRINGFIELD MA

| | A/C | STATE | LAW |
|---|---|---|---|
| **MALICIOUS DESTRUCTION OF PROPERTY OVER $250** | C | 266 | 127 |

OCCURRED: 06/07/2002    0030
SUSPECTED OF USING: Alcohol

---

### VICTIM(S)

| | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| MARDI GRAS | | | | NOT AVAIL | |

91 TAYLOR ST
SPRINGFIELD MA
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1

---

### PERSON(S)

| | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | REPORTING PARTY | F | W | 30 | ▓▓▓▓▓ | |

91 TAYLOR ST
SPRINGFIELD MA
DOB: 10/13/1971
EMPLOYER: MANAGER MARDI GRAS
INJURIES: None

GOVERNMENT
EXHIBIT
4

Springfield Police Department
NARRATIVE FOR OFFICER MICHAEL DUMAS

Ref: 02-10910-OF

While on patrol on 06/07/02 at approximately 0120 hrs, Officer N. Ryan and I were dispatched to 1 Taylor St. to speak with the manager about a past incident. Officers responded from the area of ~~ain and Frank B Murray Sts arriving a short time later. Once on scene Officers met with a w/f, who ~~entified herself as the bar manager, ████████████████ states that they had a problem with ~~ patron in the bar who had damaged some bar equipment. ████████ states that a w/m, identified ~~ Anthony Matos, was giving a bartender a hard time so he was asked to leave. After being asked to ~~ave several times Mr. Matos finally headed for the door. Once near ~~he door located on the south ~~de of the bar, Mr. Matos yelled out "Fuck you all", and pushed a "Keno / Lottery Machine off the bar ~~to the floor. The machine broke into several pieces. Mr. Matos then, as he was walking out the ~~or pushed a 19" television onto the floor as well, causing damage to the control area of the TV. ~~oth items are no longer operating. ████████ states that Mr. Matos is about 6' 2" tall, with a ~~ustache and goatee, wearing dark jeans and a dark shirt. Mr. Matos fled the area in a newer modal ~~rd pick up truck. No plate could be seen. No further information could be provided at this time. ~~fter gathering all pertinent information a radio broadcast was given out to units in the area.