FILED
'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

2004 NOV 10 ⊃ 5: 37

U.S. COURT
MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30046-MAP |
| | ) |
| vs. | ) |
| | ) |
| ALBERT INNARELLI, ET AL. | ) |
| | ) |
| _____ Defendants. | ) |

## GOVERNMENT'S MOTION FOR DESIGNATION AS COMPLEX CASE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby moves this Court to enter an Order pursuant to Title 18, United States Code, Section 3161(h)(8), finding that this case is a "complex case", and it is therefore "unreasonable to expect adequate preparation for pretrial proceedings or for trial . . . within the time limits established" by the Speedy Trial Act and the Local Rules. *See* 18 U.S.C. §3161(h)(8)(B)(ii); *see also* 18 U.S.C. §3161(h)(8)(B)(iv).

In support of this motion, the Government represents as follows:

1.   The Indictment on September 2, 2004 was the result of a lengthy Grand Jury investigation;

2.   Ten individuals have been charged;

1

3.    The Indictment charges a conspiracy and sixty-two
      substantive counts;

4.    The materials obtained by the Government are
      voluminous, and easily exceed thousands of pages of
      records.  The Government estimates that there are
      approximately 200 loan files for review by defense
      counsel;

5.    Defense counsel will find it necessary to obtain their
      own copy of the voluminous materials in order to
      conduct their review;

6.    Pursuant to 18 U.S.C. §3161(h)(8)(B)(ii), as a result
      of the unusual and complex character of this case, the
      number of defendants, the nature of the charges and
      unique questions of fact and law, it has been
      "unreasonable to expect adequate preparation for
      pretrial proceedings [and] the trial itself within the
      time limits established" by the Speedy Trial Act; and,

7.    Pursuant to Title 18, United States Code, Section
      3161(h)(8)(A), the ends of justice served by not fixing
      a trial date within the time limits established by the
      Speedy Trial Act outweigh the best interest of the
      defendants and the public in a speedy trial.

WHEREFORE, the Government moves this Court for an Order
designating this case a "complex case" pursuant to Section

2

3161(h)(8)(b)(ii).  In the alternative, the Government moves this Court for a finding that failure to grant continuances and concomitant exclusion from the Speedy Trial Act in this case would deny the defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See*, 18 U.S.C. § 3161(h)(8)(b)(iv).

Respectfully submitted this 10th day of November, 2004.

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
WILLIAM M. WELCH II
Assistant U.S. Attorney

3

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the attorneys listed below a copy of the foregoing document by mail:

Moira L. Buckley, Esq.
Shipman & Goodwin
One Constitutional Plaza
Hartford, CT  06103-1919

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA  01103

Terry S. Nagel, Esq.
95 State Street
Springfield, MA  01103

Robert Santaniello, Jr., Esq.
Santaniello, Posnik & Basile
83 State Street
Springfield, MA  01103

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street
Springfield, MA 01103

Steven W. Leary, Esq.
95 State Street
Springfield, MA  01103

Michael O. Jennings, Esq.
73 Chestnut Street
Springfield, MA  01105

William H. Kettlewell, Esq.
Dwyer & Collora
600 Atlantic Avenue
Boston, MA  02210

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA  01103

Daniel D. Kelly, Esq.
Robinson, Donovan, Madden &
  Barry
1500 Main Street
P.O. Box 15609
Springfield, MA  01103

WILLIAM M. WELCH II
Assistant U.S. Attorney

4