

# MEMORANDUM

To: **Honorable Kenneth P. Neiman,**
**U.S. Magistrate Judge**

From: **Irma Zingarelli**
**U.S. Pretrial Services Officer**

RE: **MATOS, Anthony**
**CR.#: 03-30046-03**

Date: **December 1, 2004**

On September 23, 2004, the defendant appeared before Your Honor, after being named in an Indictment charging him with Wire Fraud, Aiding and Abetting and Conspiracy to Launder Money in violation of Title 18 U.S.C. Sections 1343, 1956 and 2. Your Honor ordered the defendant detained. On October 28, 2004, the defendant appeared before the Court for a Bail Review Hearing, at which time Your Honor released the defendant on a $100,000 unsecured bond and other conditions which included curfew from 10:00 p.m. until 6:00 a.m.(monitored by BI)

Please be advised that on November 20, 2004, efforts to contact Mr. Matos by BI from 12:31 a.m. until 4:24 a.m., were unsuccessful. The defendant's line was busy and he indicates that he accidentally left the telephone off the hook.

Please also be advised that on November 27, 2004, BI attempted to contact Mr. Matos at 5:27 a.m. and 5:42 a.m., but there was no response at the residence. Mr. Matos indicated that he was at the residence but the BI computer was not recording his voice. Mr. Matos has been informed by this officer that any other violations of curfew will be reported to the Court along with a recommendation that he appear to show cause why his conditions of release should not revoked.

This memorandum is submitted to Your Honor for informational purposes.

William Welch, AUSA
Vincent Bongiorni, Esq