UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO. 04-30046 MAP |
| ) | |
| ANTHONY MATOS ) | |

MOTION TO MODIFY CONDITIONS OF BOND

Now comes the defendant, through counsel, and respectfully requests this Honorable Court modify defendant's existing conditions of bond to permit his existing curfew conditions to be monitored electronically.

Counsel has conferred with Pretrial Services and the Government and no objection is made to this request.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, William Welch, Esq., United States District Court, and Irma Zignorelli, Pretrial Services, 1550 Main Street, Springfield, MA. 01103 this 12th day of January, 2005.

_____
Vincent A. Bongiorni