UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )      CRIM. NO. 04-30046-MAP
                               )
          vs.                  )
                               )
ALBERT INNARELLI, ET AL.,      )
                               )
               Defendants.     )

## PARTIES' JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by and through Michael J.
Sullivan, United States Attorney for the District of
Massachusetts, and William M. Welch II, Assistant United States
Attorney, hereby files this joint memorandum pursuant to Local
Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1.    The parties agree that relief should be granted from
the otherwise applicable timing requirements imposed by Local
Rule 116.3.  This case has been designated a complex case.  In
addition, the Government and defense counsel have been working
out logistics regarding discovery.

2.    The Government has produced a complete set of tapes
and/or CDs to all of the defendants.

3.    At this time, the defendants have not completed their
review of all of the automatic discovery.  Counsel for defendant
Matos has not viewed the loan files and designated what documents

1

that he wants copied.  Several defense counsel have viewed the
discovery, have designated what documents they want copied, and
are awaiting receipt of those documents from the copy center.
Counsel for defendant Changasie is currently awaiting for
approval of court funds to copy approximately thirty-three loan
files.  The Government believes that the discovery requests of
all of the remaining defendants have been satisfied.

    4.    The parties agree that a motion date should not be set
under FRCP 12(c) at this time.  Until discovery has been copied
and reviewed, the parties are not in a position to set any motion
dates.  The parties anticipate filing motions.  The parties agree
that the court should set dates for discovery letters and/or
discovery motions.

    5.    Excludable delay should be ordered under 18 U.S.C. §
3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the
date of the last status conference, which occurred on February
15, 2005, to the present.  As of February 15, 2005, no time had
run on the Speedy Trial Clock.

    As previously indicated, this case has been designated a
complex case.  All parties have been attempting to complete the
discovery process.  Therefore, the court should order that no
time has run on the Speedy Trial Clock from the date of the last
status conference through April 14, 2005.

6.    The parties believe at this point that a trial should be anticipated.  At this time, the Government would estimate a trial of two months.

7.    A third Interim Status Conference should be set for mid-June, 2005.

Filed this ___th day of April, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Albert Innarelli


_____
MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll


_____
STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:


_____
VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

3

For defendant Pasquale Romeo

_____

MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Wilfred Changasie

_____

TERRY NAGEL, ESQ.
Counsel for defendant Changasie

For defendant Theodore Jarrett

_____

MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy

_____

ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith

_____

JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Jonathan Frederick

_____

MARK ALBANO, ESQ.
Counsel for defendant Frederick

4

For defendant Joseph Sullivan

_____

DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

CERTIFICATE OF SERVICE

Hampden,  ss.                          Springfield, Massachusetts
                                       April 13, 2005


    I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by faxing said
motion to:

Moira L. Buckley, Esq.              Steven W. Leary, Esq.
Shipman & Goodwin                   95 State Street
One Constitutional Plaza            Springfield, MA  01103
Hartford, CT  06103-1919

Vincent A. Bongiorni, Esq.          Michael O. Jennings, Esq.
95 State Street                     73 Chestnut Street
Springfield, MA  01103              Springfield, MA  01105

Terry S. Nagel, Esq.                Maria Durant, Esq.
95 State Street                     Dwyer & Collora
Springfield, MA  01103              600 Atlantic Avenue
                                    Boston, MA  02210

Robert Santaniello, Jr., Esq.       Jack St. Clair, Esq.
Santaniello & Santaniello           73 Chestnut Street
83 State Street                     Springfield, MA  01103
Springfield, MA  01103

Mark J. Albano, Esq.                Daniel D. Kelly, Esq.
Dalsey, Ferrara & Albano            Robinson, Donovan, Madden &
73 State Street                      Barry
Springfield, MA 01103               1500 Main Street
                                    P.O. Box 15609
                                    Springfield, MA  01103

For defendant Joseph Sullivan

DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

5

For defendant Pasquale Romeo

MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Wilfred Changasie


TERRY NAGEL, ESQ.
Counsel for defendant Changasie

For defendant Theodore Jarrett


MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy


ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith


JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Jonathan Frederick


MARK ALBANO, ESQ.
Counsel for defendant Frederick

4