UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30046-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| ALBERT INNARELLI, ET AL., | ) | |
| | ) | |
| _____Defendants. | ) | |

**PARTIES' JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J.
Sullivan, United States Attorney for the District of
Massachusetts, and William M. Welch II, Assistant United States
Attorney, hereby files this joint memorandum pursuant to Local
Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1.    The parties agree that relief should be granted from
the otherwise applicable timing requirements imposed by Local
Rule 116.3.  This case has been designated a complex case.  In
addition, defense counsel for those original defendants with new
charges have been requesting discovery of additional loan files,
which have been delivered to the designated copy center for
copying.

2.    Some of the defendants have requested discovery under
Rule 16(a)(1)(E).

3.    Other than the loan files and related documents for the
new counts in the Superseding Indictment, the parties do not

expect to provide any additional discovery in the future.

4.    The parties agree that a motion date should be set under FRCP 12(c) at this time.

5.    Attorneys Bongiorni and Kelly formerly represented individuals that most likely will be called as witnesses by the Government in this case.  Therefore, there may be conflicts of interest that the court may need to address.

6    Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the last date of the arraignments upon the Superseding Indictment, which occurred on October 5, 2005, to the present.  Given this case's designation as a complex case, no time has run on the Speedy Trial Clock.

7.    The parties believe at this point that a trial should be anticipated.  At this time, the Government would estimate a trial of two months.

8.    A final Status Conference has been set for January 18, 2006.

Filed this __7_th day of December, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

2

For defendant Albert Innarelli

_____
MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll

_____
STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:

_____
VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo

_____
MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Theodore Jarrett

_____
MARIA DURANT, ESQ.
Counsel for defendant Jarrett
JUSTIN O'BRIEN
For defendant Mark McCarthy

_____
ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

3

For defendant James Smith


_____
JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Jonathan Frederick


_____
MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan


_____
DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

4

CERTIFICATE OF SERVICE

Hampden,   ss.                          Springfield, Massachusetts
                                        December 7, 2005


        I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by faxing said
motion to:

Moira L. Buckley, Esq.               Steven W. Leary, Esq.
Shipman & Goodwin                    95 State Street
One Constitutional Plaza             Springfield, MA   01103
Hartford, CT   06103-1919


Vincent A. Bongiorni, Esq.           Michael O. Jennings, Esq.
95 State Street                      73 Chestnut Street
Springfield, MA   01103              Springfield, MA   01105


Maria Durant, Esq.                   Robert Santaniello, Jr., Esq.
Dwyer & Collora                      Santaniello & Santaniello
600 Atlantic Avenue                  83 State Street
Boston, MA   02210                   Springfield, MA   01103


Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA   01103


Mark J. Albano, Esq.                 Daniel D. Kelly, Esq.
Dalsey, Ferrara & Albano             Robinson, Donovan, Madden &
73 State Street                          Barry
Springfield, MA 01103                1500 Main Street
                                     P.O. Box 15609
                                     Springfield, MA   01103


                                     _____
                                     WILLIAM M. WELCH II
                                     Assistant United States Attorney