# VINCENT A. BONGIORNI
ATTORNEY AT LAW
95 STATE STREET

SPRINGFIELD, MASSACHUSETTS 01103-2000

(413) 732-0222
FAX (413) 746-4971

January 31, 2006

United States Courthouse
Attention: Clerk's Office / Bethany
1550 Main Street
Springfield, MA 01103

RE:   United States v. Matos
      NO. 05-30001 MAP

Dear Bethany,

This letter is a follow up to my conversation with you last week.

I represented Mr. Belyshev in a criminal case in 1992. I spoke to him yesterday and he conferred that I did. As I told you, I no longer have a file, and the Clerks' Office and Probation Department records, other than a Docket Sheet listing another attorney, have been destroyed.

Sincerely,

Vin B.

Vincent A. Bongiorni

VAB/mla

cc: AUSA William Welch