UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO.  04-30046 MAP |
| | ) |
| ANTHONY MATOS | ) |

**MOTION TO ENLARGE THE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**

    Now comes Anthony Matos, the defendant in the above entitled action, and moves this Honorable Court for an order enlarging the time within which to file objections to the Presentence Report.

    WHEREFORE, counsel for the defendant requests an extension until September 27, 2006.

Respectfully submitted,
THE DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Todd Newhouse, Esq., United States District Court, and Irma Zignorelli, Pretrial Services, 1550 Main Street, Springfield, MA. 01103 this     day of September 2006.

/s/ Vincent A. Bongiorni