UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | NO.  04-30046 MAP |
| ) | |
| ANTHONY MATOS  ) | |

**MOTION FOR EXTENSION OF SELF SURRENDER DATE**

Now comes the defendant and respectfully request this Honorable Court extend the date the defendant is required to self surrender.

As grounds for this request counsel states the defendant is in the process of completing the building and sale of 2 residences:

1) 1 Whitebrook Lane, South Hadley, MA;
2) 95 Fawn Court, Otis, MA.

WHEREFORE, defendant requests an extension of self surrender date to January 30, 2007.

THE DEFENDANT,

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 7th day of December 2006.

/s/ Vincent A. Bongiorni