UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO. 04-30046 MAP |
| ) | |
| ANTHONY MATOS ) | |

**DEFENDANT'S MOTION TO RECONSIDER**
**MOTION TO EXTEND TIME OF SELF SURRENDER**

Now comes the defendant in the above entitled matter and respectfully requests this Honorable Court reconsider his Motion for Self Surrender, and as his basis, therefore, asserts the following:

As of December 7, 2006 when counsel filed the Motion for Extension of Time for Self Surrender, the defendant and counsel were unaware that the defendant had previously been designated as of October 23, 2006. The defendant is presently scheduled to surrender on December 15, 2006. The defendant is 34 years old and married with a 22 month old child.

WHEREFORE, the defendant moves this Court to reconsider its order and permit the defendant's self surrender as of December 27, 2006.

This motion is supported by an affidavit.

THE DEFENDANT,

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this /4 day of December 2006.

/s/ Vincent A. Bongiorni