UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) |                    |
|---|---|---|
|  | ) |  |
| vs. | ) | NO. 04-30046 MAP |
|  | ) |  |
| ANTHONY MATOS | ) |  |

### AFFIDAVIT OF DEFENDANT IN SUPPORT OF DEFENDANT'S MOTION TO RECONSIDER MOTION TO EXTEND TIME OF SELF SURRENDER

Now comes Anthony Matos, and being duly sworn, hereby deposes and states as follows,

I was told the day of my Sentencing by the Marshal's Office that they "highly doubted" I would be going on the 15th of December and most likely next year. I had spoken to Attorney Vincent Bongiorni several weeks before and I was told there was still no designation. I just learned for the first time today I was designated on October 23, 2006. I was unaware of this before asking my attorney to file the first motion for extension. I am asking for a reasonable opportunity to prepare to surrender and would like to be permitted to surrender right after the Christmas holiday. I have never violated any conditions of bond. I have a wife and 22 month old girl. If I had known I had been designated, I would have made every effort to be prepared to do so.

Signed under the pains and penalties of perjury this 14 day of December 2006.

_____
Anthony Matos