UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 04-30046 MAP |
| | ) |
| ANTHONY MATOS | ) |

**MOTION FOR EXTENSION OF SELF SURRENDER DATE**

Now comes the defendant and respectfully request this Honorable Court extend the date the defendant is required to self surrender.

As grounds for this request counsel states the defendant is still in the process of completing the building and sale of 2 residences.

WHEREFORE, defendant requests an extension of self surrender date an additional 12 days from the current date of December 27, 2006.

This motion is supported by an affidavit of counsel

THE DEFENDANT,

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, William Welch, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 22nd day of December 2006.

/s/ Vincent A. Bongiorni