UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 04-30046 MAP
)
ANTHONY MATOS )

**AFFIDAVIT OF COUNSEL IN SUPPORT OF**
**MOTION FOR EXTENSION OF SELF-SURRENDER DATE**

Now comes Vincent A. Bongiorni, and being duly sworn, hereby deposes and states as follows;

The defendant has indicated no additional time is needed beyond what is prayed for in the body of the motion.

Respectfully submitted,

/s/ Vincent A. Bongiorni

Dated: December 22, 2006