UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO.   04-30046 MAP
)
ANTHONY MATOS )

**AFFIDAVIT IN SUPPORT OF
MOTION FOR EXTENSION OF SELF-SURRENDER DATE**

Now comes Anthony Matos, and being duly sworn, hereby deposes and states as follows;

I am writing to request and plead for an extension. As you know I build houses and I am presently at the final stages of my last two projects and if you were to grant me twelve more days I would be able to complete these two homes.

I owe a lot of money to a few business associates I consider them friends because they believed in me, and were nice enough to fund Joanna and me for these projects. If you were to grant me this last request for an extension I could pay them back and have a little left over to give to my family, Joanna, and my 21-month-old daughter, Anabella. As you know my incarceration will be very difficult for them financially and this would be a great help for them.

These contacts are ones Joanna will need during my incarceration, and I myself afterwards since the restitution that is owed is over $360,000.00 and it is to be paid only within a four-year period per your order in my sentencing.

So, in closing I am asking you for this last request for another 12 days, and then, until I serve my 84-month sentence, know that I have done my best to help Joanna take care of our daughter while I am gone.

Respectfully submitted,

/s/ Anthony Matos

Dated: December 21, 2006