✎AO 245B(05-MA)    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1 - D. Massachusetts - 10/05

# UNITED STATES DISTRICT COURT
## District of Massachusetts

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **ANTHONY MATOS** | Case Number: 3  04  CR  30046  - 003 - MAP |
| | USM Number: 90827-038 |
| | Vincent Bongiorni, Esq. |
| | Defendant's Attorney |

☐ Additional documents attached

☐
**THE DEFENDANT:**
☑ pleaded guilty to count(s)    12s, 52s, 65s, 69s
☐ pleaded nolo contendere to count(s) ____ which was accepted by the court.
☐ was found guilty on count(s) ____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:    Additional Counts - See continuation page ☐

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1343, 2 | Wire Fraud, Aiding and Abetting | 12/10/99 | 12s |
| 18:1343, 2 | Wire Fraud, Aiding and Abetting | 03/12/01 | 52s |
| 18:1343, 2 | Wire Fraud, Aiding and Abetting | 12/12/01 | 65s |
| 18:1956 | Conspiracy to Launder Money | 05/31/02 | 69s |

The defendant is sentenced as provided in pages 2 through __10__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ____
☑ Count(s) 2,2s,4,4s,6-12,6s-12s,15,15s,☒ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/16/06
Date of Imposition of Judgment

*/s/ Michael A. Ponsor*
Signature of Judge

The Honorable Michael A. Ponsor
Judge, U.S. District Court
Name and Title of Judge

Oct. 18, 2006
Date