UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

FILED
IN CLERK'S OFFICE

2007 DEC 12  P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

Anthony Matos,
    Petitioner,

vs.

United States of America,
    Respondent.

Docket No. CR-04-30046-MAP

## AFFIDAVIT OF ANTHONY MATOS

I, The Undersigned, do swear under the Penalty of Perjury, 28 U.S.C. #1746, that the following statements are true and accurate:

1) That I am the Petitioner in the above-captioned cause.

2) That I was represented by Attorney Vincent A. Bongiorni.

3) That immediately after sentencing, I told attorney Vincent A. Bongiorni that I wanted to appeal my sentence.

4) That immediately after sentencing, I told attorney Vincent A. Bongiorni that my sentenced was unlawfully increased and that I wanted him to file a Notice of Appeal.

Further the Undersigned sayeth not.

Anthony Matos
(The Undersigned)

12/7/07
Dated