IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
IN CLERK'S OFFICE

2008 MAR -7 A 9:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANTHONY MATOS,
    Petitioner,

VS.

UNITED STATES OF AMERICA,
    Respondent.

Civil Action No. 07-30255-MAP

Docket No. CR 04-30046-MAP

---

PETITIONER'S MOTION SEEKING LEAVE TO SUPPLEMENT 2255
MOTION WITH CLAIMS TO BE PRESENTED ON DIRECT APPEAL

---

Comes Now, Anthony Matos, petitioner pro se ("Matos"), and seeks leave of this Court to supplement his motion filed under 28 U.S.C. § 2255 with claims to be presented on direct appeal regarding Attorney Vincent Bongiorni's ineffective representation. This supplement is sought in response to the anticipated affidavit of Attorney Bongiorni sought by the Government, and to be included with the Government's Response to Matos's § 2255 motion.

By separate pleading filed along with this pleading, Matos has submitted the ineffective counsel claims which he intends to raise on direct appeal if permitted to do so.

CONCLUSION:

WHEREFORE, based upon the foregoing Petitioner Matos respectfully urges this Court to grant leave to supplement the record with claims

to be presented on direct appeal.

RESPECTFULLY SUBMITTED,

_____
ANTHONY MATOS, PRO SE.

EXECUTED ON THIS 28TH DAY OF FEBRUARY, 2008.


CERTIFICATE OF SERVICE

I, Anthony Matos, hereby certify that I have served a copy of the foregoing Motion on the Party noted below by affixing first class postage and placing the same in prison legal mailing system and addressed as follows:

United States Attorney's Office
C/O: Todd E. Newhouse
Assistant united States Attorney
1550 Main Street, Room 310
Springfield, Ma  01103

EXECUTED ON THIS 28TH DAY OF FEBRUARY, 2008.

_____
ANTHONY MATOS, PRO SE.
REG. NO. 90827-038
UNITED STATES PENITENTIARY-CANNAN
POST OFFICE BOX 300
WAYMART, PA 18472