IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
·H CLERK'S OFFICE

ANTHONY MATOS,                          *                     2008 APR 16  P 3: 46
        Petitioner,                             CIVIL CASE
                                        *       NO. 07-CV-30230-MAP
VS.                                             DISTRICT COURT
                                        *       CRIMINAL CASE    DISTRICT OF MASS.
UNITED STATES OF AMERICA,                       NO. 04-CR-300046-MAP
        Respondent.                     *

---

PETITIONER'S MOTION SEEKING TO SUPPLEMENT CLAIMS TO BE
PRESENTED ON DIRECT APPEAL

---

COMES NOW, Anthony Matos, petitioner pro se (Matos), and seeks
leave of this of this Court to supplement his motion filed under
28 U.S.C. § 2255 to note the following claim which Matos intend
to raise on direct appeal:

A.   Count Sixty-Five of Matos' Indictment Must Be Dismissed
On Speedy Trial Grounds Where Matos' Guilty Plea Transcript Fails
To Show That Matos Entered  a Guilty Plea To Count Sixty-Five; and

B.   Matos' Sentence Imposed On Count Sixty-Five of The Indictment
Must Be Vacated Where Matos' Guilty Plea Transcript Fails To Show
That Matos Entered a Guilty Plea To Count Sixty-Five of The Indictment.

CONCLUSION:

WHEREFORE, Petitioner Matos respectfully seeks leave of this
Court to  supplement the record with the above Claims to be presented
on appeal.

RESPECTFULLY SUBMITTED,

*anthony Matos*
ANTHONY MATOS, PRO SE.

EXECUTED ON THIS  25TH DAY OF MARCH, 2008.

## CERTIFICATE OF SERVICE

I, Anthony Matos, hereby certify that i have served a copy of the foregoing Motion on Counsel noted below by affixing first class postage and placing the same in the prison legal mailing system and addressed as follows:

United States Attorney's Office
C/O: Todd E. Newhouse
1550 Main Street, Room 310
Springfield, Ma. 01103

EXECUTED ON THIS 25TH DAY OF MARCH, 2008.

ANTHONY MATOS, PRO SE.
REG. NO. 90827-038
FCI  McKEAN
POST OFFICE BOX 8000
BRADFORD, PA 16701