IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ANTHONY MATOS,<br>    Petitioner, | *<br>*<br>* |
| VS. | * |
| UNITED STATES OF AMERICA,<br>    Respondent. | CRIMINAL CASE<br>NO. 04-30046-MAP<br>* |

PETITIONER'S NOTICE OF CHANGE IN ADDRESS

Anthony Matos, petitioner pro se (Matos), hereby notifies this Court of a change in his address. Matos current address is as follows:

    Anthony Matos
    Reg. No. 90827-038
    FCI McKean
    Post Office Box 8000
    Bradford, Pa 16701

This Court has been so notified of the change in Matos address.

This change in address took effect on March 30, 2008.

RESPECTFULLY SUBMITTED,

*Anthony Matos*
ANTHONY MATOS, PRO SE.
REG. NO. 90827-038
FCI McKEAN
POST OFFICE BOX 8000
BRADFORD, PA 16701

cc: Todd E. Newhouse, AUSA